**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **IN THE MATTER OF** | ) |
| | ) |
| | ) Civil Misc. No. 06-mc-01001-CG |
| **DEREK MAURICE QUINN** | ) |
| | ) |

**ORDER**

This matter is before the court on Derek Maurice Quinn's Response to Order and Notice to Show Cause (Doc. 2). In his response, Mr. Quinn states that he "believes" he was wrongfully disbarred by the Alabama State Bar and is seeking redress. The local rules of this court require that members of the Bar of this court be attorneys admitted to practice before the Supreme Court of Alabama and in good standing. LR 83.5(b). Mr. Quinn is currently not admitted to practice before the Alabama Supreme Court[1], nor is he in good standing with the State Bar. His response to the Order and Notice to Show Cause provides no grounds for relief from the disbarment by this court. Although Mr. Quinn challenges the basis for his disbarment by the Alabama State Bar, he has not been absolved of the conduct in question nor readmitted to practice before the Supreme Court of Alabama. Therefore, the order of disbarment previously entered herein is hereby affirmed.

Should Mr. Quinn be successful in his challenge to his disbarment by the Alabama State Bar, he may then file a petition for readmission or reinstatement pursuant to LR 83.6(d).

**DONE** and **ORDERED** this 27th day of April, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In its opinion upholding Quinn's disbarment, the Supreme Court additionally found that Quinn submitted false evidence and testimony during the disciplinary process. Alabama State Bar v. Quinn, __ So.2d __, 2005 WL 2046358, at *6 (Ala.).